Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC | ) |
| Plaintiff, vs. | ) Case No.: 2:10-CV-06865-WDK-FMO |
| HECTOR LOPEZ, et al, | ) **RENEWAL OF JUDGMENT** |
| Defendant, | ) **BY CLERK** |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Hector Lopez, an individual d/b/a Mariscos La Palapa, entered on August 25, 2011, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $ 2,620.00 |
| b. | Costs after judgment | $ 00.00 |
| c. | Subtotal *(add a and b)* | **$ 2,620.00** |
| d. | Credits | $ 00.00 |
| e. | Subtotal *(subtract d from c)* | **$ 2,620.00** |
| f. | Interest after judgment(.11%) | $ 28.00 |
| g. | Fee for filing renewal of application | $ 00.00 |
| h. | Total renewed judgment (add e, f and g) | **$ 2,648.00** |

Dated: May 12, 2021   Deputy CLERK, by *Sharon Hall Brown*
                                            Deputy

Renewal of Judgment